**E-FILED**
Monday, 21 September, 2015  04:24:21 PM
Clerk, U.S. District Court, ILCD

FILED

SEP 21 2015

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

James L. Amick Sr.      )
                             )
       Plaintiff       )
                             )
       vs.            )      Case No. _____
                             )      *(The case number will be assigned by the clerk)*
Craig Carpenter     )
Brad Abernathy      )
Dawn Dennis        )
Dave Clegue        )
Dave Caslin        )
Trinity Service Group   )
Dr. Don Williams     )
                          , )
       Defendant(s)      )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

### COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☒   Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: James L Amick Sr

Prison Identification Number: R05370

Current address: 152 S. Kellogg  Knox Co. Jail
Galesburg IL  61401

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Craig Carpenter

Current Job Title: Jail Administrator

Current Work Address 152 S. Kellogg Knox Co Jail
152 S. Kellogg Galesburg IL 61401

Defendant #2:

Full Name: Dave Clegue

Current Job Title: Sheriff / Knox Co Sheriff

Current Work Address 152 S. Kellogg Sheriffs Dept
Galesburg IL 61401

Defendant #3:

Full Name: Dave Caslin

2

Current Job Title: Captain Knox Co Sheriffs Dept.

Current Work Address 152 S. Kellogg

Galesburg IL 61401

Defendant #4:

Full Name: Brad Abernathy

Current Job Title: Cheif Jailer/Administrator

Current Work Address 152 S. Kellogg

Galesburg IL 61401

Defendant #5:

Full Name: Dawn Dennis

Current Job Title: Sergent Knox county Jail

Current Work Address 152 S. Kellogg

Galesburg IL 61401

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes  ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes  ☐          No ☒

3

Current Job Title: _____ JA _____

Current Work Address _____

Defendant #6:

Full Name: Trinity Services Group Inc

Current Job Title: Commissary Provider

Current Work Address _____

Defendant #7:

Full Name: Dr. Dan Williams

Current Job Title: Doctor Knox Co. Jail

Current Work Address 152 S. Kellogg
Galesburg IL 61401

*For additional defendants, provide the information in the same format as above on a separate page.*

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

  1. Name of Case, Court and Docket Number

     _____

  2. Basic claim made _____

  3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

    *Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

152  S. Kellogg

Place(s) of the occurrence  Knox Co. Jail Galesburg IL  61401

Date(s) of the occurrence  7/8, 7/24, 7/28, 8/9, 8/14, 8/21, 8/28, 8/30, 2015

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On or about 7/8/15 I was talking with a clergy member (Pastor Lee Neiguard) and Sgt. Dawn Dennis came to the cell after making several comments over 4 or 5 hours in the holding cell, of " you'll see" and " I got a question for you and your gonna answer it". She came to the chuck hole and said " If I even thought you were in my moms garage I would of lost my job when you walked through the door," also stated " you were in the wrong neighborhood this time". She stated these things with no thought to what would happen to her, me or any reaction. (threatning an inmate)(wan ton conduct) On or about 7/8/15 I had my medicine brought in for depression, joints, pain, heartburn, sinuses all non-narcotic. It took me 2 almost 3 days to get my depression medicine & heart burn meds, but the meds for my pain (Bone Chips in my Knees) joints, sinuses were denied by the Doctor and it took 20 days and a grievance to even see the nurse for my intake. (medical neglect)

5

on or about 8/9/15, 8/14/15, 8/25/15 - My mom came up to visit and on these 3 visits the screens wouldn't let us connect and I have had 4 or more visits lost with no compensation for them due to the new system that works sporatically at best and when it doesn't work you loose your visit and if it doesn't let you sign in it starts your time any way, and you loose out on your visit with out due process. (loss of visits with out due process or disciplinary reason)

on or about 8/21/15 I recieved a letter from my lawyer that was open it came over first shift from our courthouse, Officer Butts # 866 delivered it upon getting it I noticed it was open and let the officer know at once and he stated that it came over from the courthouse that day and the answer I recieved to my grievence was ask 3rd shift Sgt why it was open - Brad Abernathy was the one who recieved the grievence and didt investigate this is the second time my legal mail was open. (open legal mail)

on or about 8/27/15 I noticed black mold growing in the shower and under the upper tier walk way on or about 8/27/15 I looked into commissary prices and seen how high they are ($.25 Ramen noodle is .89, a $1.00 box of crackers about $4.00) an indigent kit is 2.00 and has a pre stamped envelope and post card 2 pices of paper and state toothpaste and soap (sanitation)

On or about 8/27/15 I went into the library and there wasn't any books that were whole they were tore up and there is not any educational or informational or recreational and the County doesn't have a liaison to the public library and I was denied having my union drop books off at any Visit (library)

On or about 8/30/15 I wrote a grievence on the legal library being closed till futher notice from administration that was after it had been down for around a week & a half to two week and as of today 9-9-15 it is still down even though the computer isn't moved and is still supposedly not working (denied law library access)

On or about 8/30/15 I wrote a grievence about the menue and portions and Calorie Count we have beans noodles turkey of some kind with every meal and its always the same breakfast is always cake and cereal the Portions are small and there isn't any way we get 1800 - 2000 calories most days let alone 2850 calories like stated. (insuficient Portions menu selections and calories)

7

## RELIEF REQUESTED

(State what relief you want from the court.)

Knox County jail investigated, charges filed, financialy compensated. anything not up to code, be brought up to Code, Knox county jail pay filing fee and any fee incured by attorney fees

JURY DEMAND          Yes ☒          No ☐

Signed this _____9_____ day of _____September_____, 20 _15_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: James L Amick Sr | Inmate Identification Number: R05370 |
|---|---|
| Address: 152 S. Kellogg Galesburg IL 61401 | Telephone Number: (309) 345-6746 |

8

to whom it may concern,

This is the copy of my dept. they take $5.00 a day I am not sure if they are able to do this but here it is I a around $1000.00 in debt as of today 9/9/15.

I also can not find the address for Trinity service group witch is one of the defendants, I do believe they are the Commissary provider.

thank you for your time

Sincerly,

James L Amick Sr.

James L Amick Sr.

# Knox County Jail
## Grievance Form

Deputy's Name and ID# _Wilson A 844_    Date Received _7-27-15_

### To: Jail Administrator

Name: _James Amick_

Date: _7-24-2015_

Pod and Cell Number: _F-205_

Nature of Grievance: _Staff conduct._

I will speak to Sgt. Dennis about this.

_Chief_ 7-27-15

Summary: Upon getting locked up I was in a holding cell up front and Sgt Dennis (Dawn) was very hostile toward me. As the shift ended, I was talking to Pastor Leg Nyguard and Sgt Dennis came up to the door and said "If I thought you were in my mom's garage I would of lost my job when you came in here". I believe she was threatening physical violence.

I wrote a grievance in 2011 that I was jumped on C pod 3rd shift and that Sgt Dennis never did anything about it. didn't move me or discipline them. I am getting punished for my alleged crimes, why isn't anything happening to her.

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Chris Avery_        Date Received _7-27-15_

### To: Jail Administrator

Name: _James Amick_

Date: _7-24-2015_

Pod and Cell Number: _F 205_

Nature of Grievance: _medical malpractice_

You were seen on 7-28-15 and the doctor approved some of your meds but not your pain medications.

_Chief [signature]_  _7-28-15_

**Summary:** I am supposed to take some pain and inflamation medication due to Bone fragments in my knees, and Osgoodslaughters disease. I am in constant pain, and never even seen the nurse. I also have extreamly bad Allergies and they havent given me my allergy medication - That is perscribed by my Dr (nurse Practitioner)

_20 IL ADC 701.90_

_20 IL ADC 701.90_ (written vertically in left margin)

Mathew 8-9-15 2nd Shift F205                    1 of 3

# Knox County Jail
## Grievance Form

### To: Jail Administrator

Name: James Anick

Date: 8-9-15

Pod and Cell Number: F 205

**Nature of Grievance:** Visiting

We are not going back to the old way. It is not
our fault if your visitor shows up late.

Chief [signature] 8/1-15

**Summary:** I understand visiting is a privilege and I've never done anything to loose that privilege, I have been shorted 6 min my 1st visit and today because of this new system I lost another visit. I understand that they have to register 48 hrs in advance but they shouldn't have to be at a certain time as if our people don't show up on time then we loose out on our visit, some time its out of their controle (weather, traffic,trains) exceteras. I have things I need to discuss with my mom and she couldn't get logged on for one 2 she showed up late and my time even started.

People need to sign up 48 hrs in advance that they will be here between a Time slot (11-12) and time starts when they get here and everyone signs in- or go back to the old system min

2 of 3

# Knox County Jail
## Grievance Form

### To: Jail Administrator

Name: James Amick

Date: 8-14-15

Pod and Cell Number: F 205

Nature of Grievance: Visiting

**Summary:**
You said it wasn't your Fault if my Visit
was late! My Visit was here and logged on
and I still lost 4 or 5 min & I was logged
on Plus you didn't address the 6 min I
lost on my first visit? She was here but,
your system wouldn't let her log on?!!

remedy for time shorted because of your system
I want a Visit up front & a call from
the free phone. and if my Visit gets shorted
I get my visit up front

Denied you will Not get a visit up
front or a phone call.

Chief [signature]   8-25-15

3063

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _Wmn #864_  Date Received _8-25-15_

### To: Jail Administrator

Name: _James Amick_

Date: _8-25-15_

Pod and Cell Number: _F-205_

Nature of Grievance: _Visiting_

We only have to allow you a fifteen minute visit, we give
you more. I spoke with you and told you that securys is looking
into some problems they are having. Things take time.
we will not get rid of this system.  _Chief Adkins 8-27_

Summary:

Just so I understand this right, My Visit
shows up and YOUR System doesn't connect
and I loose Time Then I Just loose the Time
off my visit? Not because I've done anything
wrong but because of your System, YOUR denying
me my Visiting rights/Priviledges with out due process

Remedy  Fix the Current system, or get rid of
it, Compensate my lost time on my visits

# Knox County Jail
## Grievance Form

**Deputy's
Name and ID#** *Butts #866*        **Date Received** 8/21/15

**To: Jail Administrator**

**Name:** James Amick

**Date:** 8-21-15

**Pod and Cell Number:** F 205

**Nature of Grievance:** Open Legal Mail

I have no idea why it would be opened. You need
to ask the third shift Sgt. about this.

Chief *Harrot* 8-24-15

**Summary:** I Got a letter from my
Attorney Dan O'Brien and It states
Attorney - Client Privilege and
when I went to open it I noticed
it was open already! why is my legal
mail open?

Who ever opened my legal mail ~~charged~~ written
up, Suspended & Charged with mail tampering

20 IL ADC 701, 180 (F)

20 IL ADC 701, 180 (F)

F

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _McKinney_ _#983_     Date Received _8-28-15_

### To: Jail Administrator

Name: _James Amick_

Date: _8-27-15_

Pod and Cell Number: _F 208_

Nature of Grievance: _Sanitation of Showers_

Summary: There is Black mold Growing
in the showers and is causing me
head aches and is getting worse

remedy    remove Black mold

I went back and looked at the showers is see
NO mold what so ever. If you are talking about the
vent that is dust, it can be wiped off the next time
you clean. Chief _____ 9-21-15

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _MJLinny #883_     Date Received _8-28-15_

### To: Jail Administrator

Name: _James Amick_

Date: _8-27-15_

Pod and Cell Number: _F 205_

Nature of Grievance: _Commissary_

The commissary company sets the prices and I believe
they are fair.

Chief _[signature]_ 8-31-15

Summary:

The price of a lot of items on the
commissary are extreamly high (.89 ramen noodles
almost $4.00 for a box of 1.00 saltine crackers exct)
this is for these 2 items are about 4X's
the amount of these products in the store

Remidy   adjust all prices that are way over

20 IL ADC 701.250
(C)

F

# Knox County Jail
## Grievance Form

**Deputy's**
**Name and ID#** _McKinney #853_         **Date Received** _8-28-15_

### To: Jail Administrator

**Name:** _James Amick_

**Date:** _8-27-15_

**Pod and Cell Number:** _F205_

**Nature of Grievance:** _Library_

Our Library is mostly giving to us by the citizens of this county. We receive books once and awhile and place them in the Library. Some Inmates destroy them if you know someone who would like to donate some Books have them contact me.          Chief Nesmith 8-31-15

**Summary:**

The library has no Books that aren't tore up, and there is no educational or informational material and the recreational are out dated and in Disrepair and need to be replaced

remidy:
         Get up to date Books and design a liason with the library

201L ADC 701.230

# KNOX COUNTY JAIL

### GENERAL REQUEST FORM
### (For non – Medical use only)

Receiving Deputy's Name/ ID# _Emstrom_  _#875_  Date Received _8/24/15_

Date of Request: _8/22_  Name of Requestor: _James Amick_

Pod: _F_  Cell: _205_  Requestor's Signature: _James Amick_

Write clearly and make sure to include the reason for this request. When requesting
individuals you wish to visit you, write clearly and make sure to include full names and
ages (if minors).

**This is not a medical request form. For medical request, please use the Medical
request form.**

_Can my mom Drop off Some Books During_
_visiting Please_

_Thank you_

........................................................................................

DO NOT WRITE BELOW THIS LINE. For office use only.

........................................................................................

RESPONSE:  Approved  (Denied)

ADDED
COMMENTS: _8/24/15 Lt. Carpenter_

F

# Knox County Jail
## Grievance Form

**Deputy's Name and ID#** _White #806_          **Date Received** _8/30/15_

### To: Jail Administrator

**Name:** _James Amick_

**Date:** _8 - 30 - 15_

**Pod and Cell Number:** _F 203_

**Nature of Grievance:** _Legal library_

**Summary:** I asked to go to the legal library Today and was told it is "Closed Till Further notice" Per administration. I have a right to be able to go to the legal library and want to know 1) why I was denied access to it (legal library) 2) When I'll be able to get access to it

remidy  open legal library immediately and compinsate for the time I missed

① Technical problem
② When Technical problem is looked into and solved.

_Chuck Ahrens  8-31-15_

# Knox County Jail
## Grievance Form

Deputy's
Name and ID# _OBnls ~866_       Date Received _8/30/15_

### To: Jail Administrator

Name: _James Amick_

Date: _8-30-15_

Pod and Cell Number: _F205_

Nature of Grievance: _Calorie count / Portion / menu_

Summary: _The Admin. Code States Our meals_
_are supposed to Be sufficient Nutritional Value_
_and provide 1800 to 2,000 Calories Per day_

_Quantity must be sufficient to satisfy_
_within reason the Detainees needs_

_The menu Shall be diversified to Avoid_
_the monotony of a Standardized diet_

remedy - _increase The Calories in add Fruit, increase the_
_amount of Servings - change up the menu, (we have_
_Breakfast cake and cereal every morning) (and beans most_
_day's)_

_We are doing more than the Jail Standards Require._
_We are serving at least 2850 calories a day most days more_
_than that._
_Your quantity and meal are far more than other facilities._
_We don't need to increase the meals calories._   _Chief Administ 8-31-15_

_20 IC A DC 701/10 (a)1- (B)2_



James Annek
152 S Kellogg St
Galesburg IL
61401

U.S. POSTAGE
PAID
GALESBURG, IL
61401
SEP 18, 15
AMOUNT
**$2.08**
R2304N117422-08

UNITED STATES
POSTAL SERVICE
1000
61602

LEGAL
MAIL

United States District Court
office of the Clerk
Peoria Division
100 NE Monroe St
Room #309 Peoria IL
61602